People of the State of Illinois, Plaintiff-Appellee, v. Clifton Hale, Junior, Defendant-Appellant.

Gen. No. 53,851. (Abstract of Decision.)

First District, Second Division.

December 16, 1969.

Ger-
ald W. Getty, Public Defender of Cook County, of Chicago (John
E. Hughes, Norman W. Fishman, and James J. Doherty, Assistant
Public Defenders, of counsel), for appellant; Edward V. Hanra-
han, State's Attorney of Cook County, of Chicago (Elmer C.
Kissane and Lawrence Bolon, Assistant State's Attorneys, of
counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be
published in full.**